# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Avery Wilson, )<br>        Appellant, )<br>v. )<br>)<br>)<br>CTW Transportation Services, Inc., )<br>Colby Harlow, Jacqueline Woods, )<br>and Tim Ireland, )<br>        Appellees. | Case No: 22-3049 |

## MOTION FOR LEAVE TO FILE APPELLANT'S SUPPLEMENTAL BRIEF

Pursuant to Federal Rule to Appellate Procedure 28 (j), Appellant respectfully requests leave to file his Appellant's Supplemental Brief. Appellant has filed his initial opening brief with this Court on 19 October 2022. On 21 November 2022, counsel for the appellees filed a motion for a thirty-day extension to file his response brief, and the Clerk has granted, making his reply brief due to this Court on 21 December 2022.

Appellant is a *pro se* litigant. During the intervening time period since Appellant has filed his Initial Brief with this Court, Appellant has discovered additional defects in the Trial Court's Order Dismissing for Lack of Subject Matter Jurisdiction*,* that Appellant believes the accompanying supplemental brief *must* be submitted in order to fully preserve all issues for appellant, to fully protect appellant's rights to a full and fair hearing on *all* issues in his case by this Court.

1

Wherefore, for good shown, and the demands of justice, this Court should grant Appellant's Motion for Leave to File Appellant's Supplemental Brief.

Respectfully submitted this 10TH day of December, 2022.

*/s/ Avery Wilson*
Avery Wilson
992 SW 100 Road
Waldron, Kansas 67150
Cellular: 816-605-5917
ctwlitigation@gmail.com

*Appellant Pro Se*

## CERTIFICATE OF SERVICE

I certify that on 10TH December 2022, I served the foregoing Motion for Leave to File Appellant's Supplemental Brief via e-mail upon counsel for the Appellees, and I have filed electronically with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit via the CM/ECF system.

*/s/ Avery Wilson*
Avery Wilson
992 SW 100 Road
Waldron, Kansas 67150
Cellular: 816-605-5917
ctwlitigation@gmail.com

*Appellant Pro Se*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to FRAP 32(a)(7) and Eighth Circuit Rule 32.3, the Appellant certifies that this brief :

1. Complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because:

    a. This brief contains 443 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. Complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    a. This brief has been prepared in proportionately spaced typeface using Microsoft Office Word, in Times New Roman font, 14 pt. for main body text, 14 pt. for footnote text.

**Dated:** this 10TH of December, 2022

*/s/ Avery Wilson*
Avery Wilson
992 SW 100 Road
Waldron, Kansas 67150
Cellular: 816-605-5917
ctwlitigation@gmail.com

*Appellant Pro Se*

4