# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3049

Avery Houston Wilson, II

Appellant

v.

CTW Transportation Services, Inc., et al.

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:21-cv-00682-DGK)

---

**ORDER**

Appellant's motion to file a supplemental brief is denied. The stay of proceedings in this case is vacated. Appellees' brief is due February 24, 2023.

February 03, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans